

**Office of General Counsel**
**Robert T. Reilly**
*General Counsel*

Albany                  New York

| Jennifer N. Coffey | Lena M. Ackerman |
|---|---|
| *Associate General Counsel* | *Associate General Counsel* |
| Michael S. Travinski | Jennifer A. Hogan |
| *Associate General Counsel* | *Associate General Counsel* |

April 18, 2019

*Via ECF*

Hon. Joan M. Azrack
United States District Court Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:    **Pellegrino, et al. v. New York State United Teachers, et al.**
            **Civ. Case No. 18-cv-03439 (JMA)(GRB)**
            **Our Case No. 263067-F100**

Dear Judge Azrack:

    This letter is submitted by Defendants New York State United Teachers and United Teachers of Northport (collectively "Union Defendants") to inform the Court about legislation signed into law on April 12, 2019 by Governor Cuomo which affects the state law claims asserted in the complaint. Chapter 56 of the Laws of 2019, Part DD, pertinent parts enclosed, added N.Y. Civ. Serv. Law § 215 to the New York Public Employees' Fair Employment Act, N.Y. Civ. Serv. Law §§ 200, et seq. ("Taylor Law"), and provides:

> Agency shop fee deductions:
>
> 1. Notwithstanding any other law to the contrary, any public employer, any employee organization, the comptroller and the board, or any of their employees or agents, shall not be liable for, and shall have a complete defense to, any claims or actions under the laws of this state for requiring, deducting, receiving, or retaining agency shop fee deductions from public employees, and current or former public employees shall not have standing to pursue these claims or actions, if the fees were permitted or mandated at the time under the laws of this state then in force and paid, through payroll deduction or otherwise, prior to [June 27, 2018].
>
> 2. This section shall apply to claims and actions pending or filed on or after [June 27, 2018].

        3. The enactment of this section shall not be interpreted to create the inference that any relief made unavailable by this section would otherwise be available.

    Union Defendants respectfully request that the Court consider N.Y. Civ. Serv. Law § 215 in addition to the other defenses asserted in Union Defendants' motion to dismiss the complaint, served on January 21, 2019. N.Y. Civ. Serv. Law § 215 makes clear that Plaintiffs do not have any claim for repayment of agency fees paid pre-<u>Janus v. Am. Fed. of State, Cnty. and Mun. Employees, Council 31, AFL-CIO</u>, 138 S. Ct. 2448 (2018) under New York law.

    Plaintiffs' opposition to Union Defendants' motion to dismiss the complaint is due by April 22, 2019. Plaintiffs' counsel are copied on this letter.

    Thank you for your continued consideration in this matter.

                                                                     Respectfully submitted,

                                                                       ROBERT T. REILLY

                                  By:    <u>/s/ Michael J. Del Piano</u>
                                               Michael J. Del Piano
                                               Of Counsel

MJD/hs
Enc.

cc:    All Counsel by ECF and E-mail

**S01506 Summary:**

BILL NO      S01506C

SAME AS      SAME AS UNI.

SPONSOR      BUDGET

COSPNSR

MLTSPNSR

Amd Various Laws, generally

Enacts into law major components of legislation necessary to implement the state education, labor, housing and family assistance budget for the 2019-2020 state fiscal year; relates to residency requirements for the purpose of qualifying for certain scholarships and financial assistance for higher education; and repeals section 609-a of the education law as added by a chapter of the laws of 2019, amending the education law constituting the Jose Peralta New York state DREAM act, as proposed by legislative bill numbers S.1250 and A.782 (Part D); relates to the arts capital grants fund (Part F); relates to authorizing the housing trust fund corporation to use funds for various housing purposes and for municipal relief to the city of Albany (Part G); relates to the initial period of licensure or registration and required inspections, background clearances and training for child care providers (Part H); requires criminal history background clearances for persons working in residential foster care programs by both the division of criminal justice services and the federal bureau of investigation (Part I); relates to residential programs for domestic violence victims (Part J); relates to persons in need of supervision (Part K); increases the standards of monthly need for aged, blind and disabled persons living in the community (Part L); amends part W of chapter 54 of the laws of 2016, relating to the powers and duties of the commissioner of social services relating to the appointment of a temporary operator, relating to the effectiveness thereof (Part M); prohibits discrimination based on source of income in housing (Part T); renames the division of veterans' affairs to the division of veterans' services, and renames the veterans' affairs commission to the veterans' services commission (Part AA); relates to the foster youth college success initiative eligibility requirements (Part BB); authorizes the setting of a reduced rate of tuition at the state university of New York, the city university of New York and community colleges for certain students participating in dual or concurrent enrollment programs (Part CC); provides that public employers, employee organizations, the state comptroller and the public employment relations board shall not be liable for and shall have a complete defense to certain claims relating to agency shop fee deductions (Part DD); and authorizes the State University of New York at Albany to lease or contract to tenants with interests that are in alignment with the academic and research of the mission of the university space in the Emerging Technology and Entrepreneurship Complex (Part EE).

**S01506 Actions:**

BILL NO      S01506C

```
01/18/2019  REFERRED TO FINANCE
02/19/2019  AMEND (T) AND RECOMMIT TO FINANCE
02/19/2019  PRINT NUMBER 1506A
03/12/2019  AMEND (T) AND RECOMMIT TO FINANCE
03/12/2019  PRINT NUMBER 1506B
03/28/2019  AMEND (T) AND RECOMMIT TO FINANCE
03/28/2019  PRINT NUMBER 1506C
03/31/2019  ORDERED TO THIRD READING CAL.358
03/31/2019  SUBSTITUTED BY A2006C
            A02006 AMEND=C Budget
            01/18/2019  referred to ways and means
            02/19/2019  amend (t) and recommit to ways and means
            02/19/2019  print number 2006a
            03/11/2019  amend (t) and recommit to ways and means
            03/11/2019  print number 2006b
            03/28/2019  amend (t) and recommit to ways and means
            03/28/2019  print number 2006c
            03/31/2019  reported referred to rules
            03/31/2019  reported
            03/31/2019  rules report cal.44
            03/31/2019  ordered to third reading rules cal.44
            03/31/2019  passed assembly
            03/31/2019  delivered to senate
            03/31/2019  REFERRED TO FINANCE
            03/31/2019  SUBSTITUTED FOR S1506C
            03/31/2019  3RD READING CAL.358
            03/31/2019  PASSED SENATE
            03/31/2019  RETURNED TO ASSEMBLY
            04/01/2019  delivered to governor
            04/12/2019  signed chap.56
```

**S01506 Text:**

# STATE OF NEW YORK
_____

S. 1506--C                                            A. 2006--C

# SENATE - ASSEMBLY

January 18, 2019
_____

IN  SENATE -- A BUDGET BILL, submitted by the Governor pursuant to arti-
  cle seven of the Constitution -- read twice and ordered  printed,  and
  when  printed to be committed to the Committee on Finance -- committee
  discharged, bill amended, ordered reprinted as amended and recommitted
  to said committee  --  committee  discharged,  bill  amended,  ordered
  reprinted  as  amended  and recommitted to said committee -- committee
  discharged, bill amended, ordered reprinted as amended and recommitted
  to said committee

IN ASSEMBLY -- A BUDGET BILL, submitted  by  the  Governor  pursuant  to
  article  seven  of  the  Constitution -- read once and referred to the
  Committee on Ways and Means  --  committee  discharged,  bill  amended,
  ordered  reprinted  as  amended  and  recommitted to said committee --
  again reported from said committee with amendments, ordered  reprinted
  as  amended  and  recommitted to said committee -- again reported from
  said committee with  amendments,  ordered  reprinted  as  amended  and
  recommitted to said committee

AN  ACT  intentionally omitted (Part A); intentionally omitted (Part B);
  intentionally  omitted  (Part  C);  to  amend  the  education  law, in
  relation  to  residency requirements for the purpose of qualifying for
  certain scholarships and financial assistance for  higher  education;
  and to repeal certain provisions of the education law relating thereto
  (Part  D);  intentionally omitted (Part E); to amend the state finance
  law, in relation to the arts capital grants fund (Part F); to  utilize
  reserves  in  the mortgage insurance fund for various housing purposes
  and for municipal relief to the city of Albany (Part G); to  amend  the
  social services law, in relation to the initial period of licensure or
  registration  and  required  inspections,  background  clearances  and
  training for child care providers; and to repeal certain provisions of
  such law relating thereto (Part H); to amend the social services  law,
  in  relation  to  federally required background clearances for persons
  working in residential foster care programs (Part I);  to  amend  the
  social  services law, in relation to residential programs for domestic
  violence victims; and repealing certain provisions of such law  relat-
  ing  thereto  (Part J); to amend  the  family court act, the social
  services law and the executive law, in relation to persons in need  of
  supervision;  and to repeal certain provisions of the family court act

 EXPLANATION--Matter in **_italics_** (underscored) is new; matter in brackets
                      [ **-** ] is old law to be omitted.
                                                           LBD12572-05-9

S. 1506--C                          2                          A. 2006--C

relating thereto (Part K); to amend the social services law, in relation to increasing the standards of monthly need for aged, blind and disabled persons living in the community (Part L); to amend part W of chapter 54 of the laws of 2016, amending the social services law relating to the powers and duties of the commissioner of social services relating to the appointment of a temporary operator, in relation to the effectiveness thereof (Part M); intentionally omitted (Part N); intentionally omitted (Part O); intentionally omitted (Part P); intentionally omitted (Part Q); intentionally omitted (Part R); intentionally omitted (Part S); to amend the executive law, in relation to preventing discrimination based on lawful source of income in housing (Part T); intentionally omitted (Part U); intentionally omitted (Part V); intentionally omitted (Part W); intentionally omitted (Part X); intentionally omitted (Part Y); intentionally omitted (Part Z); to amend the election law, the executive law, the state finance law, the labor law, the vehicle and traffic law, the environmental conservation law, the public health law, the general municipal law, the military law, the domestic relations law, the education law, the mental hygiene law, the elder law, the social services law, the not-for-profit corporation law, the real property tax law, the New York state defense emergency act, the administrative code of the city of New York, and the New York city charter, in relation to changing the name of the New York state division of veterans' affairs to the New York state division of veterans' services; and to amend the executive law, in relation to changing the name of the veterans' affairs commission to the veterans' services commission (Part AA); to amend the education law, in relation to the foster youth college success initiative eligibility requirements (Part BB); to amend the education law, in relation to authorizing the setting of a reduced rate of tuition at the state university of New York, the city university of New York and community colleges for certain students participating in dual or concurrent enrollment programs (Part CC); ==to amend the civil service law, in relation to providing that public employers, employee organizations, the state comptroller and the public employment relations board shall not be liable for and shall have a complete defense to certain claims relating to agency shop fee deductions (Part DD)==; and authorizing the state university of New York at Albany to lease or contract with certain tenants for the use of space in the Emerging Technology and Entrepreneurship Complex (Part EE)

**The People of the State of New York, represented in Senate and Assembly, do enact as follows:**

```
 1    Section 1. This act enacts into law major components of legislation
 2  which are necessary to implement the state fiscal plan for the 2019-2020
 3  state fiscal year. Each component is wholly contained within a Part
 4  identified as Parts A through EE. The effective date for each particular
 5  provision contained within such Part is set forth in the last section of
 6  such Part.  Any provision in any section contained within a Part,
 7  including the effective date of the Part, which makes a reference to a
 8  section "of this act", when used in connection with that particular
 9  component, shall be deemed to mean and refer to the corresponding
10  section of the Part in which it is found. Section three of this act sets
11  forth the general effective date of this act.
```

```
S. 1506--C                       62                        A. 2006--C
```

1  **tional services and for which the student may receive both high school**
2  **and college credit.**
3    § 2. Section 6303 of the education law is amended by adding a new
4  subdivision 6 to read as follows:
5    **6. Notwithstanding the provisions of any other general, special or**
6  **local law, rule or regulation, each community college, or the entity or**
7  **entities responsible for setting tuition at such institution, shall be**
8  **authorized to set a reduced rate of tuition and/or fees, or to waive**
9  **tuition and/or fees entirely, for students participating in any dual or**
10 **concurrent enrollment program with no reduction in other state, local,**
11 **or other support for such students earning college credit that such**
12 **higher education partner would otherwise be eligible to receive;**
13 **provided that, for purposes of this provision, a dual or concurrent**
14 **enrollment program shall mean one or more college courses taken by a**
15 **high school student through a community college while such student is**
16 **still enrolled in high school or boards of cooperative educational**
17 **services and for which the student may receive both high school and**
18 **college credit.**
19   § 3. Subdivision 7 of section 6206 of the education law is amended by
20 adding a new paragraph (e) to read as follows:
21   **(e) Notwithstanding the provisions of any other general, special or**
22 **local law, rule or regulation, the board of trustees shall be authorized**
23 **to set a reduced rate of tuition and/or fees, or to waive tuition and/or**
24 **fees entirely, for students participating in any dual or concurrent**
25 **enrollment program with no reduction in other state, local, or other**
26 **support for such students earning college credit that such higher educa-**
27 **tion partner would otherwise be eligible to receive; provided that, for**
28 **purposes of this provision, a dual or concurrent enrollment program**
29 **shall mean one or more college courses taken by a high school student**
30 **through a community college or a senior college of the city university**
31 **while such student is still enrolled in high school and for which the**
32 **student may receive both high school and college credit.**
33   § 4. This act shall take effect immediately.

                                                      **PART DD**

35   Section 1. The civil service law is amended by adding a new section
36 215 to read as follows:
37   **§ 215. Agency shop fee deductions. 1. Notwithstanding any other law to**
38 **the contrary, any public employer, any employee organization, the comp-**
39 **troller and the board, or any of their employees or agents, shall not be**
40 **liable for, and shall have a complete defense to, any claims or actions**
41 **under the laws of this state for requiring, deducting, receiving, or**
42 **retaining agency shop fee deductions from public employees, and current**
43 **or former public employees shall not have standing to pursue these**
44 **claims or actions, if the fees were permitted or mandated at the time**
45 **under the laws of this state then in force and paid, through payroll**
46 **deduction or otherwise, prior to June twenty-seventh, two thousand eigh-**
47 **teen.**
48   **2. This section shall apply to claims and actions pending or filed on**
49 **or after June twenty-seventh, two thousand eighteen.**
50   **3. The enactment of this section shall not be interpreted to create**
51 **the inference that any relief made unavailable by this section would**
52 **otherwise be available.**
53   § 2. This act shall take effect immediately.