UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SCOTT PELLEGRINO, on behalf of himself and all
others similarly situated; and CHRISTINE VAN OSTRAND
on behalf of herself and all others similarly situated,

                                      Plaintiffs,

                     - against -

NEW YORK STATE UNITED TEACHERS; UNITED
TEACHERS OF NORTHPORT, as representative of the
class of all chapters and affiliates of New York State
United Teachers; NORTHPORT-EAST NORTHPORT
UNION FREE SCHOOL DISTRICT, as representative
of the class of all school districts in the State of New York;
ANDREW CUOMO, in his official capacity as governor
of New York; LETITIA JAMES, in her official capacity
as Attorney General of New York;[1] JOHN WIRENIUS,
in his official capacity as chair of the New York Public
Employment Relations Board; ROBERT HITE, in his
official capacity as member of the New York Public
Employment Relations Board,

                                      Defendants.
-----------------------------------------------------------------X

**NOTICE OF MOTION TO DISMISS**

Docket No.:
2:18-cv-03439-JMA-GRB

       **PLEASE TAKE NOTICE** that upon Plaintiffs' Complaint, dated June 13, 2018, and the accompanying Memorandum of Law and Declaration of Robert E. Morelli, Esq., with annexed exhibits, Defendants ANDREW CUOMO, in his official capacity as governor of New York; LETITIA JAMES, in her official capacity as Attorney General of New York; JOHN WIRENIUS, in his official capacity as chair of the New York Public Employment Relations Board; and ROBERT HITE, in his official capacity as member of the New York Public Employment Relations Board, shall move this Court before the Honorable Joan M. Azrack, United States District Court Judge, United States District Court, Eastern District of New York,

---

[1] Pursuant to F.R.C.P. 25(d), current New York State Attorney General Letitia James has been automatically substituted for former Attorney General Barbara Underwood, as Underwood's tenure as Attorney General ended on January 1, 2019.

100 Federal Plaza, Central Islip, New York, for an order pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint as to these Defendants based on a lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted and for such further relief as may be proper.

Dated: Hauppauge, New York
      January 18, 2019

By: _____
ROBERT E. MORELLI, Esq.
Assistant Attorney General
300 Motor Parkway, Suite 230
Hauppauge, New York 11788

To: All Counsel of Record for Plaintiffs
      &amp; Co-Defendants via E-mail,
      UPS Overnight and ECF

STATE OF NEW YORK )
                  ) SS.:
COUNTY OF SUFFOLK )

EVELYN ORELLANA, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and is employed in the office of LETITIA JAMES, Attorney General of the State of New York, attorney for defendant. On January 18, 2019, she served a copy of the enclosed Notice of Motion to Dismiss upon the following named persons:

> PAUL R. NIEHAUS
> Kirsch & Niehaus
> 150 East 58th Street
> 22nd Floor
> New York, New York 10155
>
> JONATHAN F. MITCHELL
> Mitchell Law PLLC
> 106 East Sixth Street
> Suite 900
> Austin, Texas 78701
>
> ATTN: DINA KOLKER
> Stroock & Stroock & Lavan LLP
> 180 Maiden Lane
> New York, New York 10038
>
> ATTN: DAVID F. KWEE
> Ingerman Smith, LLP
> 150 Motor Parkway, Suite 400
> Hauppauge, New York 11788

the addresses designated by said persons for that purpose by UPS Overnight Mail.

_____
EVELYN ORELLANA

Sworn to before me this
18th day of January, 2019

_____
ROBERT MORELLI
Assistant Attorney General