# STROOCK

By Hand

Dina Kolker
Direct Dial: 212.806.5606
dkolker@stroock.com

June 7, 2019

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:    Scott Pellegrino, et al. v. New York State United Teachers, et al
       Index No. 18-cv-03439 (NGG)(RLM)

Dear Judge Garaufis:

We are co-counsel for New York State United Teachers and United Teachers of Northport (the "Union Defendants") in the above-referenced action. Pursuant to your Honor's Individual Rule III(B)(2), enclosed are courtesy copies of the following:

- Union Defendants' Motion To Dismiss:
    - Notice of Motion to Dismiss, dated January 21, 2019 (Docket No. 58).
    - Memorandum of Law in Support of Union Defendant's Motion to Dismiss the Complaint, dated January 21, 2019 (Docket No. 58-1).
    - Declaration of Jeffrey J. Lockwood (NYSUT), dated January 20, 2019, with two exhibits (Docket Nos. 58-2 to 58-4).
    - Declaration of Jennifer Stevenson (ETA), dated January 17, 2018, with seven exhibits (Docket Nos. 58-5 to 58-12).
    - Declaration of Stacey Weisberg (UTN), dated January 17, 2019, with four exhibits (Docket Nos. 58-13 to 58-17).
    - Affidavit of Service, dated January 22, 2019 (Docket No. 58-18).

- Plaintiffs' Response to Union Defendants' Motion to Dismiss, dated April 23, 2019, with Certificate of Service (Docket No. 59).

- Reply Memorandum of Law in Further Support of Union Defendants' Motion to Dismiss the Complaint, dated June 6, 2019 (Docket No. 60).
    - Certificate of Service, dated June 6, 2019 (Docket No. 60-1)

June 7, 2019

A full set of the above papers was file electronically via ECF on June 6, 2019.

Thank you for your consideration of this matter.

Respectfully submitted,

Dina Kolker

*/s/ Dina Kolker*

Enclosures

cc: Chief Magistrate Judge Roanne L. Mann
All Counsel of Record for Plaintiffs & Co-Defendants (via email transmission)

STROOCK & STROOCK & LAVAN LLP   New York • Los Angeles • Miami • Washington, DC
180 Maiden Lane, New York, NY 10038-4982 • T. 212.806.5400 • F. 212.806.6006 • www.stroock.com

2