UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SCOTT PELLEGRINO and CHRISTINE
VANOS-TRAND,

                                                  JUDGMENT
                                                18-CV-3439 (NGG) (RML)

                Plaintiffs,

                v.

NEW YORK STATE UNITED TEACHERS, UNITED
TEACHERS OF NORTHPORT, NORTHPORT-EAST
NORTHPORT UNION FREE SCHOOL DISTRICT,
ANDREW CUOMO, LETITIA JAMES; JOHN WIRENIUS,
and ROBERT HITE,

                Defendants.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District

Judge, having been filed on April 30, 2020, granting the motions to dismiss by the Union

Defendants (Dkt. 58), Northport-East (Dkt. 53), and the State Defendants (Dkt. 50); it is

        ORDERED and ADJUDGED that the motions to dismiss by the Union Defendants (Dkt.

58), Northport-East (Dkt. 53), and the State Defendants (Dkt. 50) are granted.

Dated: Brooklyn, NY                               Douglas C. Palmer
       May 1, 2020                                Clerk of Court

                                 By:     /s/*Jalitza Poveda*
                                        Deputy Clerk