**Scott Pellegrino**, et al.,

    Plaintiffs,

v.

**New York State United Teachers**, et al.,

    Defendants.

Case No. 2:18-cv-03439-NGG-RML

**Plaintiffs' Notice of Appeal**

## NOTICE OF APPEAL

Plaintiffs Scott Pellegrino and Christine VanOstrand appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on May 1, 2020 (ECF No. 68).

Respectfully submitted.

/s/ Jonathan F. Mitchell

| | |
|---|---|
| Paul Niehaus | Jonathan F. Mitchell* |
| Kirsch & Niehaus | Mitchell Law PLLC |
| 150 East 58th Street | 111 Congress Avenue, Suite 400 |
| 22nd Floor | Austin, Texas 78701 |
| New York, New York 10155 | (512) 686-3940 (phone) |
| (212) 631-0223 | (512) 686-3941 (fax) |
| paul.niehaus@kirschniehaus.com | jonathan@mitchell.law |

\* admitted *pro hac vice*

Dated: May 30, 2020

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I certify that on May 30, 2020, I served this document by e-mail upon:

Charles G. Moerdler
Alan M. Klinger
Dina Kolker
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
(212) 806-5400
cmoerdler@stroock.com
aklinger@stroock.com
dkolker@stroock.com

Robert T. Reilly
Michael J. Del Piano
Edward J. Greene Jr.
Andrea A. Wanner
52 Broadway, 9th Floor
New York, New York 10004
(212) 228-3382
mdelpian@nysutmail.org
egreene@nysutmail.org
awanner@nysutmail.org

*Counsel for Union Defendants*

Robert E. Morelli
Assistant Attorney General
300 Motor Parkway, Suite 230
Hauppauge, New York 11788
robert.morelli@ag.ny.gov

*Counsel for State Defendants*

John H. Gross
Ingerman Smith, L.L.P.
150 Motor Parkway, Suite 400
Hauppauge, New York 11788
(631) 261-8834
jgross@ingermansmith.com

*Counsel for School District Defendants*

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs*